# UNITED STATES DISTRICT COURT
for the  
Eastern District of Louisiana



| In the Matter of the Search of | ) |
|---|---|
| IN THE MATTER OF THE APPLICATION FOR THE SEARCH OF THE 2001 CHEVROLET MONTE CARLO, BLACK IN COLOR WITH RED TRIM AND SILVER HOOD | ) ) Case No. 21-MC-790 ) ) ) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Attachment "A"

located in the _____Eastern_____ District of _____Louisiana_____, there is now concealed *(identify the person or describe the property to be seized)*:

Attachment "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Hobbes Act Robbery |
| 18 U.S.C. § 924 (c)(1)(A)(ii) | Possession of a Firearm in Commission of a Crime of Violence |
| 18 U.S.C. § 922(g) | Felon in Possession of a Firearm |

The application is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Chad Cockerham  
*Applicant's signature*

Chad Cockerham, TFO FBI  
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/23/21

*Judge's signature*

City and state: New Orleans, Louisiana    Hon. Michael B. North, United States Magistrate Judge  
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

A 2001 Chevrolet Monte Carlo, which is black in color with red trim and a silver hood, bearing Louisiana temporary tag 19300373, and possessing Vehicle Identification Number (VIN) 2G1WX15K119107564.





## ATTACHMENT B
*(Particular Things to be Seized)*

A.  Any documents or records establishing ownership, registration, users, financiers and other relevant information regarding the black Chevrolet Monte Carlo described in Attachment A.

B.  Any items that constitute evidence of the Hobbs Act robberies, to include but not limited to: clothing, masks, baseball caps, shoes.

C.  Wireless communication devices and internet-connected devices, including cellular telephones, smartphones, paging devices, tablets, and computers.

D.  Any and all secured and/or locked safes, boxes, and/or hidden compartments, wherein the items described in item A may be located.

E.  Firearms, ammunition, and firearms accessories used in furtherance of crimes of violence.

F.  DNA and/or fingerprint evidence.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE | * | CASE NO. 21-MC-790 |
| APPLICATION FOR THE SEARCH | | |
| OF THE 2001 CHEVROLET MONTE | * | **FILED UNDER SEAL** |
| CARLO, BLACK IN COLOR WITH | | |
| RED TRIM AND SILVER HOOD | * | |

\* \* \*

**AFFIDAVIT IN SUPPORT OF
<u>AN APPLICATION FOR A SEARCH WARRANT</u>**

I, Chad Cockerham, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the New Orleans Police Department (NOPD), assigned to the Federal Bureau of Investigation (FBI), United States Department of Justice. I have been employed by the NOPD for approximately twelve years, where I have been assigned to the FBI New Orleans Violent Crime Task Force (NOVCTF) since November of 2018. This task force includes federal and state officers tasked with the responsibility of investigating fugitive matters, bank robberies, extortions, narcotic violations, firearm violations, and crimes of violence in the New Orleans metropolitan area. I have participated in investigations involving narcotics, firearm violations, and violent crimes, and am thoroughly familiar with the investigative techniques used in these investigations.

2. This affidavit is made in in support of the attached application for an order authorizing the search of:

    a. A 2001 Chevrolet Monte Carlo as described in Attachment A.

3. Based on the facts set forth in this affidavit I believe there is probable cause to support this application for a search warrant: I have probable cause to believe that, contained in

the Chevrolet Monte Carlo, described in Attachment A, is physical evidence of violations of Title 18, United States Code § 1951(a), Hobbs Act Robbery (interference with commerce by robbery), Title 18 United States Code § 924(c)(1)(A)(ii) (possession of a firearm in the commission of a crime of violence), and Title 18 United States Code § 922(g) (possession of a firearm by a convicted felon).

4.  Since this affidavit is being submitted for this limited purpose, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are essential to establish the necessary foundation for obtaining a search warrant. I make this affidavit based upon my personal knowledge derived from my participation in this investigation and upon information relayed to me from other members of the NOVCTF and the New Orleans Police Department (NOPD).

## PROBABLE CAUSE

5.  In February of 2021, the NOPD requested the assistance of the FBI NOVCTF with several related armed robbery investigations throughout the metropolitan New Orleans area. Specifically, these armed robbery investigations involved the robberies of Boost Mobile and Cricket Mobile stores[1]. Through their investigation, the FBI learned that several of these armed robberies occurred in Orleans Parish and St. Bernard Parish and had very similar characteristics in how the robbery was accomplished. Investigators learned through surveillance footage and witness statements that the perpetrator would enter the business, place an item in the door to

---

[1] LEGENDRE is currently being investigated for additional armed robberies of Boost Mobile or Cricket Mobile stores in New Orleans and St. Bernard Parish. These robberies occurred on the following dates: 11/30/2020; 12/30/2020; 2/12/2021; 2/24/2021; and 2/24/2021.

prevent the door from closing[2], immediately approach the counter with a firearm, and rob the store of currency.

6. On March 10, 2021, the FBI learned of an armed robbery with a firearm which occurred at a Cricket Wireless cellular phone store located at 2625 Paris Road Chalmette, Louisiana. The armed robbery occurred on March 7, 2021, at approximately 11:36 AM. Through their on-scene investigation, detectives with St. Bernard Sheriff's Office (SBSO) learned that an unknown black male subject entered the business and placed an unknown object in the door after he entered the store. The unknown subject produced a firearm from his person, approached the clerk, and demanded money from the register. The clerk complied with the demands of the perpetrator. The perpetrator took the money and fled the location.

7. Investigators were able to retrieve surveillance from the interior of the store which depicted the armed robbery incident. Investigators reviewed the surveillance footage and observed the armed suspect dressed in a grey hooded sweatshirt with words "American Eagle" in white lettering on the front of the sweatshirt, blue jeans, 1 black shoe on the left foot, and 1 black and white shoe on the right foot. Investigators also observed the suspect to have a white string or ribbon hanging from his front waist band. The perpetrator approached the counter of the business armed with a firearm, pointed the firearm at the employee of the business, took the currency, and fled the location.

8. At the time of the initial investigation, SBSO was not able to confirm a vehicle involved in this incident, however, they were able to obtain surveillance footage from a home located behind the Cricket Wireless. Surveillance footage showed the traffic passing outside the

---

[2] The placement of the object allowed the door to remain open.  The doors require an individual to be "buzzed-out" by an employee to exit the store if the door is secured closed.

Cricket Wireless before, during, and after the robbery. Investigators observed a black Monte Carlo slowly pass the location several times before the armed robbery and believed this to be suspicious.

9. Following the robbery on March 7, 2021, the FBI learned of an armed robbery of a Boost Mobile cellular phone store located at 1452 North Broad Street, New Orleans, Louisiana. This robbery occurred on March 10, 2021, at approximately 2:08 PM. Through their initial investigation, detectives with NOPD learned that an unknown male subject entered the business, placed an unknown object in the door, and approached the clerk armed with a firearm. The perpetrator folded his arms with the gun under his left arm and demanded the currency from the cash register. The clerk complied with the perpetrator's demands. The perpetrator took the currency and fled the location.

10. Surveillance footage was obtained from the interior and exterior of the store. Exterior surveillance footage shows the perpetrator exit his vehicle, a black Chevrolet Monte Carlo, and enter the store. Investigators also observed the interior surveillance which showed the perpetrator dressed in blue button-down shirt with a discoloration on the left side of the front of the shirt, khaki pants/jeans, a surgical mask, and a baseball cap. The perpetrator was also wearing two different shoes, similar to the perpetrator in the March 7th robbery. The perpetrator approached the counter of the business armed with a firearm, took the currency, and fled the location.

11. Additionally, responding detectives learned through their investigation that an employee from the business followed the perpetrator on foot as he fled the store. The employee observed the perpetrator enter a black Monte Carlo with a silver hood and a red outline around the Chevrolet emblem. The clerk indicated there was a license plate affixed to the vehicle's back with a cover over it, but the characters on the license plate were illegible due to the tint on the cover.

The employee was able to photograph the perpetrator's vehicle but was unable to obtain the license plate information.

12. Due to the ongoing investigation and the similarities between the robberies, investigators contacted the SBSO and provided detectives with the information about the perpetrator's vehicle from the North Broad Street robbery. Investigators with St. Bernard immediately recognized the black Monte Carlo from the exterior surveillance footage they had obtained in relation to the robbery at the Cricket Wireless on March 7.

13. Because of the similarities between the robberies, the physical description of the perpetrator, and the description of the vehicle, investigators believed the perpetrator of the March 7th armed robbery was the same perpetrator of the March 10th armed robbery. Investigators elected to disseminate this information to police officers and detectives within the NOPD and the SBSO in an attempt to locate the vehicle and the perpetrator of these incidents.

14. On March 13, 2021, NOPD Seventh District Officers located a black Chevrolet Monte Carlo with a silver hood in the Carmel Brook Apartments parked at 12345 N. I-10 Service Road, New Orleans, Louisiana. Officers were able to observe the Louisiana temporary license plate (19300373) and vehicle identification number (VIN) 2G1WX15K119107564. Investigators were familiar with this apartment complex and were aware that their surveillance cameras were linked to the Homeland Security Real Time Crime Center. Investigators located video from the Crime Center and observed footage from the location. Investigators observed an unknown black male walking back and forth to the vehicle[3]. Investigators ran the VIN of the Chevrolet Monte Carlo and learned that the vehicle was registered in the state of Mississippi to Markise Legendre

---

[3] This individual matched the physical description of the perpetrator in each armed robbery. It was later determined that this individual was LEGENDRE.

(B/M, 02/13/1985)[4]. An inquiry of Markise Legendre through the NOPD electronic report writing system provided investigators with the name Marvin Legendre (LEGENDRE), brother of Markise Legendre.

15. Investigators were able to determine LEGENDRE utilized a residential address of 12345 N. I-10 Service Road, Apartment 116, New Orleans, LA[5]. This is the same address and location NOPD first observed the vehicle on March 13, 2021. Armed with this information, investigators elected to conduct surveillance on the vehicle on March 14, 2021. Investigators were able to observe LEGENDRE enter the Monte Carlo alone and drive away from the location. LEGENDRE was then observed returning to the apartment as the driver of the vehicle. LEGENDRE exited the vehicle and walked towards apartment 116. Investigators did not see anyone else aside from LEGENDRE utilize or drive the Monte Carlo during the length of their surveillance.

16. Based on their observations of LEGENDRE, the surveillance of the robberies, and the totality of the evidence in each of the robberies, investigators elected to obtain a search warrant for 12345 N. I-10 Service Road, Apt. 116, New Orleans, Louisiana. On March 15, 2021, the search warrant for the residence was endorsed by Orleans Parish Magistrate Judge Juana Lombard. The NOPD and the FBI's NOVCTF executed the search warrant for the apartment that same day. LEGENDRE was present and was found to be the sole occupant of the apartment[6].

---

[4] Investigators met briefly with Markise Legendre and discovered he did not match the physical description of the perpetrator. Markise Legendre is approximately 6 feet tall with a long dreadlock hairstyle.

[5] LEGENDRE's girlfriend provided this address to NOPD on at least two occasions in two separate investigations of domestic violence and simple criminal damage in August 2020. This address is documented as LEGENDRE's home address under NOPD Item #H-18491-20 and NOPD Item #H-10445-20.

[6] LEGENDRE was placed under arrest due to several outstanding arrest warrants from Orleans Parish. At the time of his arrest, investigators observed LEGENDRE dressed in blue jeans, black/white tennis shoes, and a white string/ribbon tied around his waist. The black/white shoe and string both match the items worn by the perpetrator in the surveillance of the St. Bernard robbery on March 7, 2021 and on March 10, 2021.

17.     During the search, investigators located the following items: one gray sweatshirt with the words "American Eagle" across the front, one digital scale, one Nike shoe, one pair of khaki pants, one pair of jeans, black medical shoe/boot, one "Ford" baseball hat, one dark gray sweatshirt, one iPhone with charger, one dash camera with cord, and one blue and tan "Expedition Est. 1979" baseball hat.  These items of clothing matched the clothing the perpetrator was wearing at the time of the March 7th and March 10th robberies. Investigators also located a Glock, Model #22. 40 caliber handgun, Serial Number MFW645, with an extended magazine. This handgun matched the description of the handgun seen in the surveillance videos of each of the robberies. Finally, investigators also located the black Monte Carlo with the silver hood, which was parked at the location.

18.     A search of LEGENDRE'S criminal history revealed that he has been convicted of felony charges in two separate occasions.  On October 4, 2002, LEGENDRE was charged in Orleans Parish Criminal District Court under Case Number 433-649, B, with one violation of LA R.S 14:64, armed robbery.  On January 5, 2004, LEGENDRE was convicted of one count of attempted armed robbery and sentenced to 13 years in the Louisiana Department of Corrections (DOC). Additionally, on June 29, 2001, LEGENDRE was charged in Orleans Parish Criminal District Court with one count of possession of heroin in violation of LA R.S. 40:966(C)(1) under Case Number 422-619, B.  On November 30, 2004, LEGENDRE pled guilty in this matter and received a sentence of 5 years in the Louisiana DOC.

19.     I am aware that weapons from Glock are not manufactured in the state of Louisiana. Accordingly, the weapon necessarily moved in and affected interstate commerce before being seized from the residence.  This weapon also fits the relevant federal definition of a firearm.

20. I am also aware that stores such as Cricket Wireless and Boost Mobile are both businesses engaged in the sale of cell phones and cell phone accessories in interstate commerce and are all national chains involved in an industry which affects interstate commerce as defined in 18 U.S.C. §1951(b)(3).

21. Based on the foregoing, on March 18, 2021, the Honorable Michael B. North, United States Magistrate Judge for the Eastern District of Louisiana, authorized a complaint and arrest warrant for LEGENDRE for violations of Title 18, United States Code § 1951(a), Hobbs Act Robbery (interference with commerce by robbery), Title 18 United States Code § 924(c)(1)(A)(ii) (possession of a firearm in the commission of a crime of violence), and Title 18 United States Code § 922(g) (possession of a firearm by a convicted felon).

22. On April 16, 2021, a Federal Grand Jury returned a True Bill against LEGENDRE. In connection with the robberies on March 7 and the March 10, 2021, LEGENDRE is charged with violations of Title 18, United States Code § 1951(a), Hobbs Act Robbery (interference with commerce by robbery) and Title 18 United States Code § 924(c)(1)(A)(ii) (possession of a firearm in the commission of a crime of violence), respectively.  In connection with his arrest on March 15, 2021, LEGENDRE is charged with a violation of Title 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2) (possession of a firearm by a convicted felon).

23. Following the arrest of LEGENDRE on March 15, 2021, investigators confiscated the Chevrolet Monte Carlo (VIN# 2G1WX15K119107564) which was utilized by LEGENDRE during the commission of both robberies. The vehicle was towed to the Federal Bureau of Investigation New Orleans Field Office, located at 2901 Leon C. Simon Boulevard, for safe keeping.

24. The Affiant believes items of evidentiary value are contained inside of this vehicle as it served as the means of transportation for LEGENDRE to and from the robberies of the Cricket Wireless and the Boost Mobile. I believe a search of the black Chevrolet Monte Carlo, described in Attachment A, will reveal additional evidence of violations of Title 18, United States Code § 1951(a), Hobbs Act Robbery (interference with commerce by robbery), Title 18 United States Code § 924(c)(1)(A)(ii) (possession of a firearm in the commission of a crime of violence), and Title 18 United States Code § 922(g) (possession of a firearm by a convicted felon). Investigators are looking to locate items described in Attachment B such as, but not limited to, clothing associated to the robberies, firearm paperwork, firearms, ammunition, masks, baseball caps, shoes, DNA, and any other items of evidentiary value to this investigation.

25. Based on the information above, affiant requests that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 2703(c), for the Chevrolet Monte Carlo, as described in Attachment A.

Respectfully submitted,

*/s/ Chad Cockerham*
Chad Cockerham
NOPD Task Force Officer
Federal Bureau of Investigation

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and

complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed to and sworn before me,
this  23rd   day of April, 2021.
New Orleans, Louisiana.

_____
HONORABLE MICHAEL B. NORTH
CHIEF UNITED STATES MAGISTRATE JUDGE